*June 22, 1936.*

WOLFINGER, Appellant, vs. TOWN OF BUCHANAN, Respondent.

For the appellant: *Schmiege & Burley* of Appleton.
For the respondent: *Stanley A. Staidl* of Appleton.

*By the Court.*—Judgment affirmed.

PRACKI, Appellant, vs. THE MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Respondent.

For the appellant: *Cannon & Fox* and *A. W. Richter,* all of Milwaukee.

For the respondent: *Shaw, Muskat & Paulsen,* attorneys, and *F. H. Prosser* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

*October 13, 1936.*

VEKICH, Respondent, vs. HALL and another, Appellants.

For the appellants: *Hughes & Anderson* of Superior.
For the respondent: *John F. Padden* of Superior.

*By the Court.*—Judgment affirmed.